1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY LEE  VOGELSANG,

11          Petitioner,                    No. CIV S-06-1671 FCD DAD P

12      vs.

13   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
14   REHABILITATION, et al.,

15          Respondents.              ORDER

16   _____/

17          On August 22, 2006, the undersigned recommended that this habeas action be

18   dismissed without prejudice because it plainly appears from the face of the petition that petitioner

19   is not entitled to federal habeas corpus relief.  The Clerk was directed

20              to provide petitioner with a civil rights complaint form and the in
                forma pauperis application form to be submitted with such a
21              complaint.  If petitioner chooses to file a civil rights complaint, his
                complaint and in forma pauperis application must be submitted for
22              filing as a new action.  The case number assigned to this habeas
                case should not be included on the civil rights complaint, as a new
23              case must be opened and a new case number will be assigned.

24   (Order & Findings & Recommendations filed Aug. 22, 2006, at 2.)

25          Petitioner has submitted an incomplete in forma pauperis application form

26   together with multiple copies of a partially completed civil rights complaint form under a cover

1

sheet on which petitioner describes himself as "plaintiff/petitioner" and refers to the "California Department of Corrections and Rehabilitation et al." as "defendant/respondent." Attached to the partially completed complaints are copies of the litigant letter sent to petitioner in this habeas case on July 31, 2006, and the order and findings and recommendations filed on August 22, 2006. The Clerk has filed petitioner's documents in this habeas case.

Due to the incompleteness of petitioner's documents, the undersigned will not direct the Clerk to remove the documents from this case and open a new case. If it is petitioner's intention to file a civil rights action, he should submit a properly completed civil rights complaint form without a cover sheet. Petitioner should refrain from attaching copies of any document that bears the case number of this habeas case. Petitioner is advised that it is important to name specific defendants on the second page of the civil rights complaint form and to allege facts linking each named defendant to the claimed constitutional violations. Petitioner is further advised that it is important to comply with institutional procedures for obtaining a properly certified in forma pauperis application supported by a certified trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 31, 2006 application to proceed in forma pauperis is denied; and

2. Petitioner's August 31, 2006 complaint will be disregarded.

DATED: September 8, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
voge1671.docs

2